UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERRELL MICKLES (#11733-003)** | **CIVIL ACTION** |
| **VERSUS** | |
| **SOUTH AMERICA (BOGOTA COLUMBIA), ET AL.** | **NO. 22-00137-BAJ-EWD** |

## RULING AND ORDER

On February 25, 2021, Plaintiff, a prisoner confined at FCI Terre Haute, Indiana, filed a *pro se* Complaint alleging a civil rights violation under 42 U.S.C. § 1983. (Doc. 1). Plaintiff failed to submit his complaint on the proper form, and failed to pay the filing fee or, alternatively, submit a properly completed motion to proceed *in forma pauperis* ("IFP") with statement of account. By letter dated March 28, 2022, the Court directed Plaintiff to correct these deficiencies within 21 days or risk dismissal of his suit without further notice. (Doc. 2).

The record reflects that, to date, Plaintiff still has not complied with the Court's directives or otherwise attempted to cure the deficiencies set forth above. Accordingly,

**IT IS HEREBY ORDERED** that the above-captioned action be and is hereby **DISMISSED WITHOUT PREJUDICE**.

Judgment shall be entered separately.

Baton Rouge, Louisiana, this 28th day of October, 2022

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**